Good, Receiver, Appellant, vs. Blaschka, Respondent.

*October 8—November 6, 1934.*

For the appellant the cause was submitted on the briefs of *James E. Trask* of St. Paul, Minnesota, *N. O. Varnum* of Hudson, and *Oscar Hallam* of St. Paul, Minnesota.

For the respondent there was a brief by *Bagley, Spohn, Ross & Stevens* of Madison, and oral argument by *Myron H. Stevens.*

FOWLER, J.    This case was argued and submitted with the case of *Good v. Starker, ante,* p. 253, 257 N. W. 299, and is ruled by the decision therein.

*By the Court.*—The judgment of the circuit court is reversed, and the cause remanded with direction to enter judgment for the plaintiff.